# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Dominguez<br><br>v.<br><br>United Parcel Service, Co., et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br>5:18-cv-1162 JGB(SPx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 16-05<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____          _____
Date                                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The lower number case is not a class action; different plaintiffs; different allegations.

**TRANSFER ORDER DECLINED**

June 8, 2018                                   /s/ Gary Klausner
Date                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:18-cv-1318 RGK(Ex)    and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Sheri Pym___ to Magistrate Judge ___Charles F. Eick___.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials ___RGK(Ex)___ after the case number in place of the initials of the prior judge, so that the case number will read ___5:18-cv-1162 RGK(Ex)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [✓] *Previous Judge*    [✓] *Statistics Clerk*