UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-1162 JGB (SPx)** | Date | July 8, 2020 |
| Title | *Andrew Dominguez v. United Parcel Service, Co., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Minute Order (1) DENYING Plaintiff's Motion to Extend Deadlines (Dkt. No. 121); and (2) VACATING the July 13, 2020 Hearing.**

    Before the Court is Plaintiff's motion to extend deadlines in the scheduling order and continue the trial date. ("Motion," Dkt. No. 121.) The Court finds this matter appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support of and in opposition to the matter, the Court DENIES the Motion.

    Plaintiff proposes moving the trial date from September 22, 2020 to November 23, 2020 and pushing back the discovery and dispositive motion cutoff dates by three months so that further class discovery may be conducted. (Mot.) Plaintiff filed the Motion on June 11, 2020, a month after the May 18, 2020 discovery cutoff had already passed, (See Scheduling Order, Dkt. No. 38), and before the Court denied Plaintiff's motion for class certification, (Dkt. No. 123). The Court DENIES the Motion, because the stated basis for the proposed modifications no longer exists. In any case, Plaintiff has not addressed the good cause standard for amending the deadlines and has not exhibited diligence. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607, 609 (9th Cir. 1992).

**IT IS SO ORDERED.**