1  [Counsel listed on next page].

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12  ANDREW DOMINGUEZ, on behalf of          Case No. 5:18-cv-01162 JGB (SPx)

13  himself and all others similarly situated
    and the general public,                 **JOINT NOTICE OF**

14                                           **SETTLEMENT**

    Plaintiff,
15                                           Pretrial Conference: August 31, 2020
                                             Trial:           September 22, 2020
16      vs.                                  Courtroom:  1
                                             Judge:       Hon. Jesus G. Bernal
17  UNITED PARCEL SERVICE, CO., a
    Delaware corporation and DOES 1
18  through 50, inclusive,

19                 Defendants.

20

21

22

23

24

25

26

27

28

ELIZABETH A. BROWN (SB# 235429)
JENNIFER SVANFELDT (SB# 233248)
AMANDA BOLLIGER (SB# 250292)
MATTHEW W. MORRIS (SB# 309741)
lisabrown@gbgllp.com
jensvanfeldt@gbgllp.com
amandabolliger@gbgllp.com
mattmorris@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA  90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

J. SCOTT RUSSO (SB# 155631)
Russo & Duckworth, LLP
2801 West Coast Hwy., Suite 270
Newport Beach, CA  92663
Telephone: (949) 752-7106
Facsimile: (949) 752-0629

Robert E. Bright (SB# 166341)
Law Office of Robert E. Bright
2801 West Coast Hwy., Suite 270
Newport Beach, CA 92663
Telephone: (949) 396-2406
Facsimile: (949) 534-0508

Attorneys for Plaintiff
ANDREW DOMINGUEZ

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the above matter has been resolved.  The parties request until July 31, 2020 to file a Stipulation and Dismissal, and request that the Court vacate all dates pending the parties' efforts to finalize the settlement.

DATED:  July 16, 2020          Russo & Duckworth, LLP

BY:_____/s/ J. Scott Russo_____
J. Scott Russo

Attorneys for Plaintiff
ANDREW DOMINGUEZ

DATED:  July 16, 2020          GBG LLP

BY:_____/s/ Elizabeth A. Brown_____
ELIZABETH A. BROWN

Attorneys for Defendant
UNITED PARCEL SERVICE, CO.

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED:  July 16, 2020          GBG LLP

BY:_____/s/ Elizabeth A. Brown_____
ELIZABETH A. BROWN

Attorneys for Defendant
UNITED PARCEL SERVICE, CO.