1  [Counsel listed on next page.]

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  ANDREW DOMINGUEZ, on behalf of       Case No. 5:18-cv-01162 JGB (SPx)
    himself and all others similarly situated
13  and the general public,              **STIPULATION OF DISMISSAL
                                         WITH PREJUDICE**
14          Plaintiff,

15      vs.

16  UNITED PARCEL SERVICE, CO., a        Courtroom:  1
    Delaware corporation and DOES 1      Judge:      Hon. Jesus G. Bernal
17  through 50, inclusive,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

1   J. SCOTT RUSSO (SB# 155631)
2   RUSSO & DUCKWORTH, LLP
    jsrusso@russoandduckworth.com
3   2801 W. Coast Hwy, Suite 270
    Newport Beach, CA 92663
4   Telephone:  (949) 752-7106
    Facsimile:  (949) 752-0629
5
6   ROBERT E. BRIGHT (SB# 166341)
    LAW OFFICE OF ROBERT E. BRIGHT
7   bbright@me.com
    2801 W. Coast Hwy, Suite 270
8   Newport Beach, CA 92663
    Telephone:  (949) 396-2406
9   Facsimile:  (949) 534-0508

10  Attorneys for Plaintiff and all others similarly situated

11

12  ELIZABETH A. BROWN (SB# 235429)
13  JENNIFER SVANFELDT (SB# 233248)
    AMANDA BOLLIGER (SB# 250292)
14  MATTHEW W. MORRIS (SB# 309741)
    lisabrown@gbgllp.com
15  jensvanfeldt@gbgllp.com
    amandabolliger@gbgllp.com
16  mattmorris@gbgllp.com
17  GBG LLP
    633 West 5th Street, Suite 3330
18  Los Angeles, CA  90071
    Telephone:  (213) 358-2810
19  Facsimile:  (213) 995-6382
20
    Attorneys for Defendant
21  UNITED PARCEL SERVICE, INC.

22

23

24

25

26

27

28

Case No. 5:18-cv-01162 JGB (SPx)                    STIPULATION OF DISMISSAL WITH
                                                                   PREJUDICE
88773538.1

1    Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the

2  approval and order of the Court as provided below, the undersigned parties hereby

3  stipulate to the dismissal of this action with prejudice, with each party to bear their

4  own attorneys' fees and costs and request that the Court enter its order thereon.

5    DATED:  August 17, 2020          RUSSO & DUCKWORTH, LLP
6                                     LAW OFFICES OF ROBERT E. BRIGHT

7
8                                     BY:_____/s/ Robert E. Bright_____
                                                 ROBERT E. BRIGHT

9                                     Attorneys for Plaintiff
10                                    ANDREW DOMINGUEZ

11   DATED:  August 17, 2020          GBG LLP

12
13                                    BY:_____/s/ Elizabeth A. Brown_____
                                               ELIZABETH A. BROWN
14
15                                    Attorneys for Defendant
                                      UNITED PARCEL SERVICE, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28