UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DOMINGUEZ, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, CO., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01162 JGB (SPx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 1<br>Judge:   Hon. Jesus G. Bernal |

# **ORDER**

Pursuant to the Stipulation of the Parties and their counsel, this action is to be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 18, 2020

_____
Hon. Jesus G. Bernal
Judge, United States District Court